# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
STEPHEN AND RHONDA MEES,             *
                                     *
        Plaintiffs,                  *
                                     *   No. 15-12684L
        v.                           *   Filed: August 14, 2017
                                     *
UNITED STATES,                       *
                                     *
        Defendant.                   *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the stipulation to voluntarily dismiss the claims of the above captioned plaintiffs in the case of <u>Joe L. Dawson, et al. v. United States</u>, 15-1268L. The claims associated with the above-captioned plaintiffs, are, hereby, **SEVERED** from the case of <u>Joe L. Dawson, et al. v. United States</u>, 15-1268L and shall be reorganized, for case management purposes, into the above-captioned case, <u>Stephen and Rhonda Mees v. United States</u>, and assigned Case No. 15-12684L. The court **DISMISSES**, without prejudice, the claims of Stephen and Rhonda Mees. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b).  As the Order disposes of all properties of the named plaintiffs, Case 15-12684L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiffs herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of <u>Joe L. Dawson, et al. v. United States</u>, 15-1268L.

**IT IS SO ORDERED**.

                      s/Marian Blank Horn
                      **MARIAN BLANK HORN**
                          **Judge**